## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** ANDREW CARTER          **DATE :** 1/20/11

**DOCKET NUMBER:** 11 CR 5 (SLT)          **LOG #:** 5:33 - 5:45

**DEFENDANT'S NAME :** ANTHONY VAGLICA
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** Joel Cohen
___ Federal Defender    ✓ CJA    ___ Retained

**A.U.S.A:** EVAN NORRIS          **DEPUTY CLERK :** SM YUEN

**INTERPRETER :** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

✓ Defendant was released on $1,000,000 PRB with/~~without~~ some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

5 Additional surety (ies) to co-signed bond by 1/25/11

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start___  Stop___

___ Order of Speedy Trial entered.  Code Type___  Start 1/20  Stop 2/4/11

X Defendant's first appearance.   X Defendant arraigned on the indictment.

X Attorney Appointment of ___ FEDERAL DEFENDER  X CJA

X Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

X Status conference set for 2/4/11 @ 10am before Judge TOWNES

**OTHERS :** _____