FILED
IN CLERK'S
U S DIST...
JAN 19 2012

BROOKLYN OFFICE

11-CR-05-4

December 1, 2011

Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Judge Sandra L. Townes

Dear Judge Townes,

I hereby, Anthony Vaglica would like to be appointed a new counsel for my pending case. My current counsel is Joel Cohen. The reason I am requesting a new counsel is because I find it very hard to get in contact with Joel. It takes several phone calls and emails later for him to respond. Joel has come to court in an untimely matter. I am not kept up to date on the latest rescheduling of times and dates of my court appearances usually until about a half hour before scheduled time.

Thank You,

Anthony Vaglica