UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA

                                                     MOTION
-against-                                          11 CR 0005

ANTHONY VAGLICA
-----------------------------------------------------x
S I R S :

      Defendant, ANTHONY VAGLICA seeks the following relief:

    1. **SEVERANCE**

      The Defendant moves pursuant to Rule 14 of the Federal Rules of Criminal Procedure for an order severing the Defendant from his co-defendant Bartolomeo Vernace herein and granting him a separate trial upon the grounds that failure to sever the defendant and order separate trials would unduly prejudice the defendant and deny him a fair trial.

      WHEREFORE, the instant Motion should be granted in all respects.

Dated:  March 11, 2012

                                                            Respectfully submitted,


                                                              CHARLES S. HOCHBAUM
                                                             Attorney for Defendant