

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 9, 2012

By Fed Ex & ECF

Charles Hochbaum, Esq.
Charles S. Hochbaum, P.C.
16 Court Street
Brooklyn, NY 11241

   Re: United States v. Vernace, et al.
     Criminal Docket No. 11-005 (S-1) (SLT)

Dear Counsel:

  Pursuant to the draft transcript stipulation you have entered into on behalf of your client, the government furnishes the following draft transcripts in the above-referenced case.

| Discovery Exhibit # | Description |
|---|---|
| 55 | Draft transcripts dated between approximately April 13, 1999 and March 8, 2001 (related to previously produced Discovery Exhibit 3) |
| 56 | Draft transcripts dated between approximately August 2005 and August 2007 (related to previously produced Discovery Exhibits 4 and 6) |

  Please call if you have any questions or requests.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

      By:  /s/
         Evan M. Norris
         Assistant U.S. Attorney
         (718) 254-6376

Encl.

cc: Clerk of Court (SLT) (by ECF) (w/out encl.)